**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Troy Lee BROWN, Defendant–Appellant.**

**No. 09–13430**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 17, 2010.

Before TJOFLAT, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

D. Nicole Williams, appointed counsel for Troy Lee Brown, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Brown's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED.**